IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                                                              JUDGMENT AND
                                         Plaintiff,            COMMITMENT ORDER

v.

                                                                                                 10-po-4-slc

DANIEL HILLEBRAND,

                                         Defendant.
_____

      Because defendant Daniel Hillebrand neglected to check in with the marshals service to be processed following his September 8, 2010 guilty plea to a drunk driving charge, no institution was designated for Hillebrand's sentence of incarceration. Hillebrand has since asked for a December report date due to work obligations.

      IT IS ORDERED that defendant Daniel Hillebrand's self-report date is extended to December 3, 2010 at noon.

      Entered this 25th day of October, 2010.

                                                BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge